**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHERYL L. SWIADON, | ) | No.  CV 13-5374-CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: June 4, 2014

_____
CARLA M. WOEHRLE
United States Magistrate Judge